UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| ME GLOBAL, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES ET AL.,<br><br>　　　　Defendants. | Before: Claire R. Kelly,<br>Gary S. Katzmann, and<br>Jane A. Restani, Judges<br><br>Court No. 20-00130 |

**ORDER**

Upon consideration of Defendants' consent motion to extend the stay of proceedings in this action pending the final and conclusive disposition of <u>Universal Steel Products, Inc. v. United States</u>, Fed. Cir. No. 21-1726 ("<u>Universal Steel</u>"), including any appeals, <u>see</u> ECF No. 14, it is

**ORDERED** that the motion is granted; and it is further

**ORDERED** that these proceedings are stayed pending a final and conclusive disposition in <u>Universal Steel</u>; and it is further

**ORDERED** that within 30 days following issuance of the mandate in <u>Universal Steel</u>, the parties shall file a status report informing the Court of their positions regarding how the case should proceed.

　　　　　　　　　　　　　　　　　　　　/s/ Claire R. Kelly
　　　　　　　　　　　　　　　　　　　　Claire R. Kelly, Judge

Dated:　　June 14, 2021
　　　　　　New York, New York